# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVENO A. MILBERRY, | |
| Plaintiff, | CIVIL ACTION NO. 3:05-CV-1040 |
| v. | (JUDGE CAPUTO) |
| P.B.P.P. MS. BROWN, DOC CHARLES J. WHITE, | |
| Defendants. | |

## ORDER

**NOW**, this  15th  day of August, 2005, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation (Doc. 9) of Magistrate Judge Mannion is **ADOPTED**.

(2) The above captioned matter is **TRANSFERRED to the United States District Court for the Western District of Pennsylvania**.

(3) The Clerk of the Court shall mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge